## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff | ) | Case No. 14 CR 242 |
| | ) | |
| v. | ) | Judge Joan H. Lefkow |
| | ) | |
| Matthew Stoen | ) | Magistrate Judge Geraldine Soat Brown |
|     Defendant | ) | |
| | ) | |

## ORDER

(T:)   00:05

In court hearing held on Defendant's request for appointment of counsel. After a review of the financial affidavit submitted, the Court believes that Defendant Stoen does not qualify for the appointment of counsel. Court has been advised that the defendant is looking into retaining private counsel. In the interest of justice, the Court continues the appointment of the Federal Defender Program attorney Ms. Candace Jackson as counsel for Defendant until the first status hearing in front of Judge Lefkow.

Date:   5/20/14

/s/ GERALDINE SOAT BROWN
UNITED STATES MAGISTRATE JUDGE