# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                       Plaintiff,

v.                                                                          Case No.: 1:14–cr–00242

                                                                              Honorable Joan H. Lefkow

Matthew Stoen

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2014:

      MINUTE entry before the Honorable Joan H. Lefkow as to Matthew Stoen:Government's motion for extension of time [12] is granted as to Matthew Stoen (1). Rule 16.1(A) conference is to be held on or about 6/27/2014. Date by which to file pretrial motions is extended to 7/16/2014. Status hearing of 6/18/2014 is stricken and reset for 7/16/2014 at 09:00 AM. Government's motion to exclude time for continuity of counsel is granted. The period beginning 6/3/2014 through 7/16/2014 is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (B)(iv). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.