UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW STOEN | No. 14 CR 242<br><br>Judge Joan Humphrey Lefkow |

**APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION AT TRIAL**

The United States of America, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii), makes application to this Court for an order authorizing the government to disclose tax returns and return information of defendant Matthew Stoen, which tax returns and return information are described as: Forms 1040 and attachments and supporting documents, along with certifications of lack of record for Tax Form 1040, certification of Duly Filed Tax Forms 1040, account transcript, and information returns master file for tax years 2000 through 2010.

In support of this application, applicant avers the following:

Defendant Stoen has been charged by indictment with alleged violations of Title 18, United States Code, Sections 1341 and 1343 (mail and wire fraud) arising out of his scheme to benefit himself by fraudulently raising and causing to be raised millions of dollars through the offer and sale of limited partnership interests in Stone Rose, LP and through loans involving Stone Rose, LP.

The indictment alleges that Stoen fraudulently obtained and retained funds obtained from investors and lenders by making and causing to be made materially

false representations that, among other things, he was the beneficiary of a trust fund and wealthy. The government intends to introduce Stoen's tax returns and tax return information to show that there is no evidence that Stoen was the beneficiary of a trust fund, and/or that he possessed the degree of wealth that he claimed. Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Stoen is entitled to this information. In addition, the above-described returns may be Stoen's statements within the meaning of 18 U.S.C. § 3500.

WHEREFORE, applicant asks this Court to enter an order on this application authorizing disclosure by the government of the tax returns and return information specified herein.

                              Respectfully submitted,

                              */s/ Zachary T. Fardon*
                              ZACHARY T. FARDON
                              United States Attorney

By:    */s/ Kenneth E. Yeadon*
       Kenneth E. Yeadon
       Assistant United States Attorney
       219 S. Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       (312) 353-5326

Date: July 2, 2014