### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 14 R 242 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| MATTHEW STOEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Status hearing held on 9/17/2014. Oral motion of Candace Jackson to withdraw as attorney for defendant is granted. Oral motion of Jack Friedlander for leave to file his appearance on behalf of defendant is granted. Government's application for order for disclosure of tax returns and return information at trial [18] is granted. Date by which to file pretrial motions is extended to 12/31/2014. Status hearing is set for 1/14/2015 at 9:00 a.m. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 9/17/2014 through 1/14/2015 is excluded for the reasons stated on the record pursuant to 18.3161(h)(7)(B)(iv). X-T

(T:10)

Date: September 17, 2014

_____

U.S. District Judge Joan H. Lefkow