UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 14 CR 242 |
| v. | Judge Joan Humphrey Lefkow |
| MATTHEW STOEN | |

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION AT TRIAL**

Upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii), authorizing the government to disclose tax returns and return information of defendant Matthew Stoen, which tax returns and return information are described as: Forms 1040 and attachments and supporting documents, along with certifications of lack of record for Tax Form 1040, certification of Duly Filed Tax Forms 1040, account transcript, and information returns master file for tax years 2000 through 2010; at the trial of the above-captioned case, and after examining the application, this Court finds:

The above-described tax returns and return information may be statements of defendant Stoen and other witnesses within the meaning of 18 U.S.C. § 3500 and may be otherwise discoverable under Rule 16 of the Federal Rules of Evidence.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of Matthew Stoen, which tax returns and return information are described as: Forms 1040 and attachments and supporting documents, along with certifications of lack of record for Tax Form 1040, certification of Duly Filed Tax Forms 1040, account transcript, and information

returns master file for tax years 2000 through 2010, for discovery purposes, and at the trial of this case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103(i)(4) and 26 C.F.R. § 301.6103(i)-1.

_____
Judge Joan Humphrey Lefkow

Dated: SEP 17 2014