IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 CR 00242 |
| | ) | Honorable Joan H. Lefkow |
| MATTHEW STOEN, | ) | Magistrate Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on Wednesday, November 5, 2014 at 9:00 a.m., we shall appear before the Honorable Judge Joan H. Lefkow, or any judge sitting in her stead, in Courtroom 1925 at 219 S. Dearborn, Chicago, Illinois, and shall present **MOTION TO UNSEAL STOEN'S FINANCIAL AFFIDAVIT,** a copy of which is hereby served upon you.

Dated: October 14, 2014                      Respectfully submitted,

                                                          Michael R. Collins – one of defendant's attorneys

## CERTIFICATE OF SERVICE

    I, Michael R. Collins, an attorney, state that I caused a copy of the foregoing Notice of Filing along with a copy of MOTION TO UNSEAL STOEN'S FINANCIAL AFFIDAVIT to be served upon the parties listed on PACER, prior to 5:00 p.m. this 14th day of October, 2014.

                                                          Michael R. Collins

Michael R. Collins
COLLINS & COLLINS
8 South Michigan Avenue, Suite 1414
Chicago, IL 60603
(312) 201-8700
Attorney No.: 02226

## SERVICE LIST

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604


**Jack Friedlander**
Law Office of Jack Friedlander
327 S. Plymouth Court
Suite 200
Chicago, IL 60604