# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                                  Case No.: 1:14–cr–00242

                                                                                Honorable Joan H. Lefkow

Matthew Stoen

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2014:

      MINUTE entry before the Honorable Joan H. Lefkow as to Matthew Stoen: Motion hearing held on 11/12/2014. Motion of Devonshire Partners, LLC and Kent C. Roberts to unseal Stoen's financial affidavit [27] is denied. Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.