# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                       Case No.: 1:14–cr–00242

                                                Honorable Joan H. Lefkow

Matthew Stoen

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 14, 2015:

      MINUTE entry before the Honorable Joan H. Lefkow as to Matthew Stoen:Status hearing held on 1/14/2015 and continued to 4/22/2015 at 09:00 AM. Oral motion of the Government to exclude time is granted. In the interest of justice, the period beginning 1/14/2015 through 4/30/2015 is excluded for the reasons stated on the record pursuant to 18.3161(h)(7)(B)(iv). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.