UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: 14 CR 242 |
| ) | |
| VS. ) | Honorable Judge Joan Humphrey Lefkow |
| ) | |
| MATTHEW STOEN ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE MOTIONS SPECIFIED IN FED.R.CRIM.P.12(b)**

COMES NOW the Defendant, MATTHEW STOEN, by and through his attorney, JACK FRIEDLANDER, and hereby moves this Honorable Court to grant Defendant's Motion for Extension of Time to File Motions Specified in Fed.R.Crim.P.12(b), and in support thereof, states as follows:

1. On December 8, 2014, the Honorable Judge Joan Humphrey Lefkow entered an order extending the time to file Pretrial Motions in this matter to April 30, 2015.

2. After reviewing some 31,000 pages of Discovery tendered by the Government, an investigation began at the beginning of March, 2015. Some interviews have been conducted by the Defense Investigator, but there are numerous interviews that still need to be taken due to many witnesses being out of town until Mid-May, 2015.

3. Once interviews have been completed, defense counsel will be filing at least four (4) pretrial motions on the Defendant's behalf.

4. As such, defense counsel requests an extension of an additional sixty (60) days to file pretrial motions on behalf of the Defendant in this matter.

5. That defense counsel has attempted to contact A/USA Yeadon, Counsel for Government, and has been unsuccessful due to his currently being on trial. The same can be discussed at the upcoming April 22, 2015, status date.

5. That the Defendant requests this time be excludable pursuant to U.S.C. Title 18, §3161(h)(7)(B) .

WHEREFORE, the Defendant, MATTHEW STOEN, prays this Honorable Court grant his Motion and enter an Order extending the time period in which Motions specified in Fed.R.Crim.P.12(b) are due to a future date certain in sixty (60) days.

                          Respectfully Submitted,

                          /s/ Jack Friedlander
                          JACK FRIEDLANDER
                          Attorney for Defendant

JACK FRIEDLANDER - #03124962
Law Office of Jack Friedlander
Attorney for Defendant
327 S. Plymouth Court
Suite 200
Chicago, IL 60604
(312) 427-7700
office@jackfriedlander.com

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that on April 20, 2015, the foregoing document was electronically filed using the CM/ECF filing system, which sent notification of such filing to the following individuals:

A/USA Kenneth Yeadon, and all other parties listed under this case in the CM/ECF system.

                          /s/ Stacy Gerstetter
                          LAW OFFICE OF JACK FRIEDLANDER