**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No.: 14 CR 242 |
| ) | |
| MATTHEW STOEN ) | Honorable Judge Joan Humphrey Lefkow |

**MOTION FOR CONTINUANCE OF STATUS DATE**

NOW Comes the Defendant, MATTHEW STOEN, by and through his attorney, JACK FRIEDLANDER, and in support of this Motion for Continuance of Status Date, states as follows:

1. That this matter is currently set for status on July 22, 2015, at 9:00 a.m., before the Honorable Judge Joan Humphrey Lefkow.

2. That defense counsel is unavailable to appear in Court with the Defendant on said date and at said time due to his wife scheduling a 60th Birthday Trip for Defense Counsel that he was unaware of at the last court date when the July 22, 2015, date was chosen by all counsel and the Court.

3. Counsel for Defendant requests that this Court continue this matter to either July 28, 2015, July 29, 2015, or July 30, 2015, at 9:00 a.m. for status.

4. That Attorney Friedlander has discussed this Motion with A/USA Kenneth Yeadon, counsel for government, and he does not oppose said motion.

5. That the Defendant requests that the time be excludable pursuant to Title 18 U.S.C. Section 3161 (h)(8)(A).

WHEREFORE, Defendant prays that this motion be granted and that the status date regarding this matter be continued to either July 28, 29, or 30, 2015.

                                              Respectfully submitted,

                                              /s/ Jack Friedlander
                                              JACK FRIEDLANDER
                                              Attorney for Defendant

JACK FRIEDLANDER - #03124962
Law Office of Jack Friedlander
Attorney for Defendant
327 S. Plymouth Court
Suite 200
Chicago, IL 60604
(312) 427-7700
office@jackfriedlander.com
fedcont.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

A/USA Kenneth Yeadon, and all other parties listed under this case in the CM/ECF filing system.

                                              /s/ Stacy Gerstetter
                                              Law Office of Jack Friedlander