**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                      Case No.: 1:14–cr–00242
                                                       Honorable Joan H. Lefkow

Matthew Stoen
                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2015:

        MINUTE entry before the Honorable Joan H. Lefkow as to Matthew
Stoen:Defendant's motion for continuance of status date [39] is granted. Status hearing of
7/22/2015 is stricken and reset for 8/26/2015 at 09:00 AM. Matthew Stoen's presence is
excused for the next status. The period beginning 6/25/2015 through 8/26/2015 is
excluded by agreement pursuant to 18.3161(h)(7)(B)(iv). Mailed and telephoned notice
(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.