UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 14 CR 00242 |
| ) | |
| MATTHEW STOEN ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S PRETRIAL MOTION FOR EARLY DISCLOSURE
OF JENCKS ACT MATERIAL**

COMES NOW the Defendant, MATTHEW STOEN, by and through his attorneys, JACK FRIEDLANDER and ALLAN CAPLAN, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Defendant moves the Court for an order requiring the government to disclose all statements and reports within the meaning of the Jencks Act, 18 U.S.C. § 3500, on the following grounds:

1. Although the clear provisions of § 3500 do not require the government to produce Jencks Act material until after a witness testifies at trial on direct examination, Defendant suggests that this Court has the inherent power to require the government to produce Jencks Act material prior to trial unless the government can convince the Court that there is some legitimate governmental interest in not doing so.

2. The production of Jencks Act material at trial may necessitate extensive delays during trial to allow the defense counsel an opportunity to review such material prior to cross-examination of government witnesses. Absent a showing of possible witness harassment or some other valid governmental interest, this Court should exercise its inherent power and require

early production of Jencks Act material in order to facilitate orderly presentation of the government's case at trial. This Motion is based upon all the files, records, and proceedings herein.

                                                  Respectfully Submitted,

                                                  /s/ Jack Friedlander
                                                  JACK FRIEDLANDER
                                                  Attorney for Defendant

JACK FRIEDLANDER - #03124962
Law Office of Jack Friedlander
Attorney for Defendant
327 S. Plymouth Court
Suite 200
Chicago, IL 60604
(312) 427-7700

## CERTIFICATE OF SERVICE

      THIS WILL CERTIFY that on June 30, 2015, the foregoing document was filed using the Court's CM/ECF filing system, which sent notification of such filing to the following individuals:

      A/USA Kenneth Yeadon, and all other parties listed under this case in the CM/ECF system.

                                                  /s/ Stacy Gerstetter
                                                  Law Office of Jack Friedlander