# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                          Case No.: 1:14–cr–00242
                                         Honorable Joan H. Lefkow

Matthew Stoen

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2015:

       MINUTE entry before the Honorable Joan H. Lefkow as to Matthew Stoen:Status hearing held on 8/26/2015. Defendant's motion for discovery and inspection [41] is moot. Defendant's motion for early return of Jencks Act material [42] is moot. Defendant's motion for disclosure of impeaching information [43] is moot. Defendant's motion for list of government witnesses [44] is moot. Defendant's motion for bill of particulars as to Counts I–IV [45] is denied without prejudice. Defendant's motion for participation by counsel in voir dire [46] is denied without prejudice. Defendant's motion for pretrial disclosure of Rule 404 evidence [47] is moot. Government's oral motion for early return of trial subpoenas is granted as to the government and the defendant. Trial is set for 5/2/2016 at 9:00 a.m. Parties are each to submit to chambers by 3/18/2016 the following: proposed voir dire, proposed jury instructions, proposed verdict form, list of all witnesses to be called, exhibit list, any stipulations (as to facts or the admissibility of exhibits), and a brief agreed statement summarizing the case to be read to the jury. Any motions in limine must be filed no later than 3/2/2016. Responses to any motions must be filed no later than 3/18/2016. Any required disclosures (e.g., Giglio, Brady) not yet made must be made by 3/18/2016. Final pretrial conference is set for 4/13/2016 at 9:15 a.m. Status hearing is set for 3/2/2016 at 9:00 a.m. on whether trial will be a jury or bench trial. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 8/26/2015 through 3/2/2016 is excluded pursuant to 18.3161(h)(7)(A)(B). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.