UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No.: 1:14 CR 00242 |
| ) | |
| MATTHEW STOEN ) | Honorable Judge Joan Humphrey Lefkow |

## EMERGENCY MOTION FOR CONTINUANCE OF STATUS DATE

NOW Comes the Defendant, MATTHEW STOEN, by and through his attorney, JACK FRIEDLANDER, and in support of this Emergency Motion for Continuance of Status Date, states as follows:

1. That this matter is currently set for status on March 2, 2016, at 9:00 a.m. before the Honorable Judge Joan Humphrey Lefkow.

2. That defense counsel has an immediate family member who suffered a serious health issue over the weekend, causing Attorney Friedlander to travel to Florida unexpectedly. Said family member is currently hospitalized in the Intensive Care Unit (ICU) at the Delray Beach Medical Center, Delray Beach, Florida, and defense counsel will be unavailable to appear in Court on March 2, 2016.

3. Counsel for Defendant requests that this Court continue this matter to March 16, 2016, at 9:00 a.m. for status.

4. That Attorney Friedlander attempted to contact A/USA Kenneth Yeadon, counsel for Government, but has not spoken with him yet regarding this motion.

5. That the Defendant requests that the time be excludable pursuant to Title 18 U.S.C. Section 3161 (h)(8)(A).

7. That due to these circumstances, defense counsel requests that the pretrial and trial be continued to future dates certain after August 1, 2010.

WHEREFORE, Defendant prays that this motion be granted and that the status date regarding this matter be continued to March 16, 2016.

Respectfully submitted,

   /s/ Jack Friedlander
JACK FRIEDLANDER
Attorney for Defendant

JACK FRIEDLANDER - #03124962
Law Office of Jack Friedlander
Attorney for Defendant
327 S. Plymouth Court
Suite 200
Chicago, IL 60604
(312) 427-7700
office@jackfriedlander.com
fedcont.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

A/USA Kenneth Yeadon, and all other defense counsel registered with CM/ECF in this case.

        /s/ Stacy Gerstetter
Law Office of Jack Friedlander

2