## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                       Case No.: 1:14–cr–00242

                                                                         Honorable Joan H. Lefkow

Matthew Stoen

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2016:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held and continued to 4/20/2016 at 9:00 a.m. The parties consent to bench trial. New trial date to be determined. In the interest of justice, the period beginning 3/16/2016 through 4/20/2016 is excluded pursuant to 18.3161(h)(7)(A)(B). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.