

**FILED**

**MAR 16 2016**

JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case No. 14 CR 00242-1 |
| ) | |
| MATTHEW STOEN ) | Honorable Judge Joan H. Lefkow |

## WAIVER OF TRIAL BY JURY

Comes MATTHEW STOEN, Defendant in the above-entitled cause, in his own and proper person and by his attorney, JACK FRIEDLANDER, and states as follows:

1. Defendant has been advised by the Court in open court of the following:

    a. the Defendant has a right to have a jury decide whether he is guilty or not guilty or not guilty by proof beyond a reasonable doubt;

    b. the Defendant has had an opportunity to discuss this waiver with his counsel;

    c. a jury is composed of twelve members of the community;

    d. the Defendant may participate in the selection of jurors;

    e. the verdict of the jury must be unanimous; and

    f. if a jury is waived, the Judge alone will decide whether the Defendant is guilty, by proof beyond a reasonable doubt.

2. Understanding the advice set forth in the prior paragraph, the Defendant hereby waives his right to a jury trial and consents to a trial by the Court without a jury.

_____     _____
MATTHEW STOEN                      JACK FRIEDLANDER
Defendant                          Attorney for Defendant

Having considered all of the circumstances surrounding the Defendant's choice of a non-jury trial, as well as the welfare of the parties and the due administration of justice, the Defendant's waiver of his right to a jury trial is approved.

_____
JOAN H. LEFKOW
United States District Judge
Northern District of Illinois
MAR 1 6 2016

ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, hereby consents to the waiver by the Defendant, MATTHEW STOEN, to a trial by a jury in the above-entitled case.

ZACHARY T. FARDON
United States Attorney

By:

_____
KENNETH E. YEADON
Assistant U.S. Attorney